

## United States District Court
## Eastern District of California

AZIZ BEKLER

Plaintiff(s)

V.

Noem et al.

Defendant(s)

Case Number: 1:25-cv-01961-DJC-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
LUIS ANGELES _____hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
AZIZ BEKLER

On _____12/22/2025_____ (date), I was admitted to practice and presently in good standing in the
_____Minnesota_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

1:25-cv-01598-DC-SCR (HC) Labrador-Prato v. Noem et al (Habeas) - GRANTED on 11/12/2025

Date: _____12/22/2025_____          Signature of Applicant: /s/ LUIS ANGELES _____

**Pro Hac Vice Attorney**

Applicant's Name: LUIS ANGELES

Law Firm Name: ANGELES LAW

Address: 2112 Broadway St NE

STE 225 #53

City: Minneapolis     State: MN     Zip: 55413

Phone Number w/Area Code: (321) 334-0568

City and State of Residence: PALM BAY, FLORIDA

Primary E-mail Address: Luis@abogadoangeles.com

Secondary E-mail Address: info@abogadoangeles.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: CYNTHIA BAUTISTA

Law Firm Name: Bautista Immigration Law, P.C.

Address: 505 Montgomery St

Fl 11

City: San Francisco     State: CA     Zip: 94111

Phone Number w/Area Code: (415) 652-3827     Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 22, 2025

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE