ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AZIZ BEKLER, | CASE NO. 1:25-cv-1961-JDP P |
|---|---|
| Petitioner, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| RONALD MURRAY et. al, | |
| Respondents. | |

Petitioner Aziz Bekler and Respondents, by and through their attorneys of record, hereby stipulate as follows:

1. On December 22, 2025, Petitioner filed a Petition for Writ of Habeas Corpus (ECF #1) and a Motion for a Temporary Restraining Order (the "Motion"). (ECF #2).

2. The same day, the Court issued a minute order ordering Respondents to respond to the Motion by December 23, 2025. (ECF #6)

3. By this stipulation, the parties move for additional time in which to brief the Motion, as follows:

    a) Respondents shall file a response to the Motion by December 30, 2025;

    b) Petitioner shall file a reply by January 2, 2026.

4. The parties agree that good cause exists for this modified briefing schedule so as to afford each side adequate time to review the file and prepare a substantive response.

STIPULATION  1

1  IT IS SO STIPULATED.

3  Dated:  December 23, 2025

        ERIC GRANT
        United States Attorney

        /s/ DHRUV M. SHARMA
        DHRUV M. SHARMA
        Assistant United States Attorney

Dated:  December 23, 2025

        */s/ Luis Angeles (as authorized on December 23, 2025)*
        LUIS ANGELES
        Counsel for Petitioner

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   December 29, 2025

        JEREMY D. PETERSON
        UNITED STATES MAGISTRATE JUDGE